# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Tyrone Timms,** | No. CV07-01522-PHX-NVW |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| **Asset Acceptance, LLC,** | |
| Defendant. | |

Pursuant to the stipulation of Plaintiff and Defendant (doc. # 11), and good cause appearing,

IT IS HEREBY ORDERED dismissing this action in its entirety with prejudice, each party to bear its own attorney's fees and costs.

IT IS FURTHER ORDERED vacating the November 2, 2007 scheduling conference. The clerk shall terminate this case.

DATED this 1st day of November 2007.

_____
Neil V. Wake
United States District Judge